UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
                                                :

WAYNE COVER,                               :      **ECF Case**

                                              Plaintiff,          :      Case No. 05-CV-2430 (LMS)

          -against-                             :

                                                              :      **NOTICE OF MOTION**

AMERICAN POSTAL WORKERS UNION, AFL-CIO,  :
And JOHN E. POTTER, POSTMASTER GENERAL,   :

                                       Defendants.       :
                                                               :
------------------------------------------------------------------

      **PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law and the Declarations of Frank Fanelli and Louise Yannuzzi, and the exhibits annexed thereto, and all the pleadings and proceedings had herein, Defendant American Postal Workers Union, AFL-CIO, will move this Court before the Honorable Magistrate Judge Lisa Margaret Smith, U.S.M.J., in the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York on a date and time to be directed by the Court, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, or alternatively, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendant's motion for dismissal of the Complaint, and awarding Defendant further relief as the Court may deem just and proper.

Date:  New York, New York
         May 9, 2005

SPIVAK, LIPTON, WATANABE, SPIVAK,
MOSS & ORFAN LLP


By: /s/ Hope Pordy_____
Adrienne Saldaña (AS 8327)
Hope Pordy (HP 6253)
1700 Broadway
New York, New York 10019
Tel (212) 765-2100
Fax (212) 765-8954


O'DONNELL, SCHWARTZ & ANDERSON, P.C.


By: /s/ Josephine Escalante_____
Josephine Escalante
1300 L Street, N.W., Suite 1200
Washington, D.C. 20005
Tel (202) 898-1707
Fax (202) 682-9276
Admission Pro Hac Vice Pending

Attorneys for Defendant American Postal Workers
Union, AFL-CIO